UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
FEB 2 3 2016
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

| | |
|---|---|
| Kathy Travis ) | |
| (Plaintiff) ) | |
| ) | |
| V. ) | Case No. |
| ) | |
| Maywood Police, Bellwood Police ) | 16-cv-2524 |
| Broadview Police, Forest Park Police, ) | Judge John Robert Blakey |
| Chicago Police, Cook County Sherriff Dept. ) | Magistrate Judge Michael T. Mason |
| Melrose Park Police, Addison Police, ) | |
| Northlake Police, Elmhurst Police, Hillside ) | |
| Police Westmont Police, and ) | |
| River Forest Police Departments ) | |
| | |
| (Defendants) | |

## COMPLAINT

The Plaintiff Kathy Travis according to Federal Statute 42 U.S.C 1983 commonly referred to as "section 1983" hereby file in federal court civil action against the above named defendants for redress of 1,000,000,000 (One Billion Dollars) for violation of constitutional rights. Section 1983 provides: Every person who under color of any statute, ordinance, regulation, custom, or usage of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other persons with the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and Laws, shall be liable to the party injured in an action at law, suit in equity or other proper proceeding for redress.

1

The Defendants in this case is held civilly liable under Title 42 United States Code 1983 for injuries sustained against the Plaintiff as a result of harassment and deprivation of constitutional rights, for damages as a result of the defendant's wrongful conduct and actions that was willful and intentional and done with extreme recklessness toward the plaintiff.

It is a crime for one or more persons acting under color of law to willfully deprive or conspire to deprive another person of any right protected by the constitution or laws of the United States. It is also unlawful for State of local law enforcement officers to engage in a pattern or practice of conduct that deprives a person of rights protected by the constitution or laws of the U.S. Constitution.

## **HISTORY**

On April 29, 2015 at 11:00 a.m., the plaintiff took her vehicle to curry motors in forest park Illinois to have a routine oil change and tire rotation. Upon waiting for the vehicle the plaintiff saw an undercover officer come into the parts department area, he was wearing a badge with a police star on it. The Plaintiff noticed this person when he first pulled up to the door and got out of his vehicle he came directly to the same area where the plaintiff was sitting and went up to the parts department window. At this time the plaintiff was in view of the officer he spoke and said hello and the plaintiff replied and said hello as well and asked him a question, as to why would a police officer be in the parts department of curry motors. The officers answer was that he was a "repo officer from Skokie", and the plaintiff replied, why you would come all the way to forest park, aren't there jobs like that for you in Skokie, and he replied we go all over. And that was the end of the conversation. The Plaintiff was still waiting on her vehicle to and realized that it was taking more than an hour to just change the oil and rotate the tires. The Plaintiff went back to the service area to ask why is it taking so long to the man that had her car up

in the air on the rack, the Plaintiff's car went in 11:00 am and it was an hour later and it still wasn't finished. The Plaintiff had a scheduled appointment, and when she came in there were no other cars in front of her and after the hour had passed and she questioned the mechanic who was working on her car the service manager came over to her and told her to leave the area and that she would have her car shortly, it was another hour and a half when they finally finished with the plaintiff's car the reason for the delay was for the installation of the GPS tracking device that was put on the plaintiff's car, the defendants had a officer from Skokie come out to have the parts department service the order to have it installed. It was that day the plaintiff started experiencing the intrusive harassment by the defendants. The defendants repeated excessive intrusive behavior continued for 14 months and counting.

In the beginning the defendants began the intrusion with at least 9 to 10 officers in a day's span, and the more the plaintiff was out on the open space the more they would set themselves up to purposely drive in front of her, intentionally follow behind her, intentionally ride along side of her keeping up with her vehicle, intentionally pull out in front of her without stopping at the stop signs, and intentionally and purposely sit on the side of the road knowing that the plaintiff was coming in that direction, the defendants even followed the plaintiff into stores and would come up to her face to face and also follow the plaintiff through the aisles of the grocery store, and in department stores intentionally to create this association, and because they had the exact GPS location information they were also able to intercept and place themselves in a particular place and time and thus practicing a pattern of association to intrude the plaintiffs space as the plaintiff would go about her day to day activities.

The defendants also intercepted phone calls and intentionally showed up to locations where the plaintiff visited on a regular basis to get her hair done and nails done at a particular establishment at the same exact time and place as the plaintiff. On one occasion the Plaintiff would regularly get her nails

3

done in the north riverside park mall, and upon entering the nail salon she noticed that there were 7 men in the nail salon just sitting there in plain clothes, these men were police officers and they were in the nail shop because they had been eavesdropping on the plaintiff's cell phone and knew that the plaintiff was on her way there to get her nails done. After leaving the nail shop the plaintiff went through the mall area browsing and a female cook county sheriffs officer intentionally and on purpose came into the store and followed the plaintiff in the store, and through the aisles of the shoe shop and when the plaintiff left the store the same female officer intentionally and on purpose followed the plaintiff on the other side of Harlem Avenue to a restaurant and when the plaintiff noticed the officer again and looked at her she fled and rushed immediately to her car that was parked on the other side of the building where the restaurant was.

That was not a coincidence or chance happening, these encounters were planned, and intentional by the defendants and they were being done on a regular basis, because that was the advantage they had over the plaintiff, they had enough man power to accomplish this task. The goal and intent was to increase the people (the police) around the plaintiff, so that they could establish the association, and put the plaintiff in an environment that was police orientated, a false environment to accomplish their wicked and evil plots. Every time the vehicle started it gave the defendants an advantage over the plaintiff to invade, intrude, harass, intimidate, stalk and associate themselves in the plaintiff's environment on a 24/7 basis, Everywhere the plaintiff traveled the defendant's was able to locate her exact GPS location using the GPS device that had been installed on here vehicle by the technician at the dealership. When the Plaintiff traveled outside of her neighborhood, into the next neighborhood(s) the defendants who ever was available responded to the GPS alert. The conspirators (the defendants) collectively together track the movements and whereabouts of the plaintiff, to impede and intentionally have access to the plaintiff's movements, so that they could continue to intrude upon her in the open

space. Each defendant had access to the GPS navigation which was installed using an app that could be easily downloaded to your mobile cellular device.

The defendants also shared the GPS app with other people outside of law enforcement other people such as the EMS Emergency Medical Service, the EMS Emergency ambulance service working with the defendants were given the exact GPS download app and was able to track the Plaintiff's vehicle as well. This is called the association of an emergency situation, creating a false environment for the plaintiff, The defendants got the EMS service involved and they are as follows: Kurtz, Lifeline, Superior, Ambulette, Dailey's, Presence and Trace all ambulance services that were employed and utilized by the defendants to create the false association of emergency. The Fire Department was also employed by the defendants to create a false association of emergency and they are as follows: Maywood fire department, Addison Fire department, Melrose Park Ambulance and Fire department, and Westchester fire department,

These services were used by the defendants to create a false association of emergency in the plaintiff's environment and they were all given the same GPS navigation to track the movements and whereabouts of the plaintiff so that they could intentionally appear in a place and time and associate themselves in the environment of the plaintiff. They all collectively intruded upon the plaintiff, the EMS and Fire department created turmoil and distress, because every time they intentionally intruded around the plaintiff they would blast loud sirens and flashing lights that were extremely offensive, they have even followed the plaintiff down roads that thy would not normally travel, and they were not on a service call or dispatched to an emergency situation, it was being done intentionally and on purpose just to accomplish the association, in addition the EMS Ambulance service also intentionally followed the plaintiff on the expressway following her for miles and putting themselves either in intentionally in front

5

of her, intentionally on the side of her keeping up with her vehicle, or intentionally in the back of her vehicle the same intrusive way the defendants did.

The Plaintiff every day would hear loud sirens up and down 9th avenue where she lived and this was also being done by the defendants, intentionally and on purpose (Maywood Police) and the plaintiff went to complain about the excessive sirens to the police chief and he made himself unavailable on purpose. The Maywood Fire truck would come down the plaintiffs block at 11p.m at night blaring the loud sirens and horn on the fire truck, when there was no emergency. The loud and excessive noise of the police sirens would start every day as early as 7:30 a.m. and would purposely continue throughout the day this went on for 8 months and it would repeat over and over every day. When the plaintiff left her residence the intrusive harassment continued on the streets.

On January 14, 2015 the defendants (Maywood Police intercepted and eavesdropped on a call to the Plaintiff, regarding her son at school, and made an appointment to come and speak with the teacher's, upon arriving to the school on the day of the appointment the defendants (Maywood Police) were already in the building. The two officers that worked there were present and two additional officers were intentionally planted in the reception area of the school they were there to continue the intrusive, intentional, abusive harassment working the association, the Plaintiff 'started recording them on her cell phone and when the officers (the defendants) (Maywood Police) realized that they were being filmed, they immediately left the area where the Plaintiff was.

The defendants the (Melrose Park police) intentionally gave the Plaintiff's GPS tracking and phone number to numerous Hispanics and the plaintiff has been intentionally stalked and harassed by the Hispanic's that live in Melrose Park. On numerous occasions the Plaintiff has been intentionally followed and stalked around the stores by Hispanic individuals, and the defendants (Melrose Park police) had these people intentionally follow, track, harass, and associate themselves around the

6

plaintiff. These civilians live in Melrose park which is just north of where the plaintiff's residence is, the Hispanics, were told to do this by the Melrose park police department and were given the GPS location information to intentionally track, follow and harass the plaintiff. The Plaintiff's phone number was also given out to Hispanics and she had been receiving harassing phone calls from people she didn't know who were, Hispanic looking for some unknown person. The Plaintiff has documented and taken pictures of these individuals.

The Plaintiff while in the parking lot of Meijer grocery store located on ninth and north avenue in Melrose park was intruded by a helicopter who hovered over her in her vehicle the plaintiff got out of her car and started filming the event, with her cell phone, she than got back in her car to park and the helicopter followed her ,it caused a scene and all of the people standing by was just looking on at this and the plaintiff just went on in to the store the Plaintiff went to the Melrose Park police department to complain about the incident and filled a report, this was in October of 2015, after that incident the plaintiff believes that the military was called in to surveillance the plaintiff and the defendants (Melrose Park Police) initiated it. It's discussed in greater detail on page(s) 11-12.

Tracking devices generate locational information that can be used to determine (1) Location of a person (2) Types of activities a person engages in at a particular time, place and location.

## ILLEGAL ELECTRONIC TRACKING DEVICE

The Illinois Complied Statutes 720 ILCS 5/21-2.5 the defendants means through which they are able to excessively intrude, harass and associate themselves in the environment of the plaintiff were being done by illegal use of a GPS electronic tracking device that was installed on the Plaintiff's vehicle on April

7

29, 2015. Electronic tracking devices are prohibited, and it means any device attached to a vehicle that reveals its location or movement by the transmission of electronic signals.

In Section 1-217 of the Illinois Vehicle Code (b) a person or entity in this state may not use an electronic tracking device to determine the location or movement of a person. The defendant's knowingly and willfully without the consent of the plaintiff had a GPS tracking device installed on her vehicle for the purpose of said harassment, stalking, and intrusive association.

The defendant's intrusion has a personal set of interest and goals. They sought to peruse attachments to the plaintiff's life and lifestyle that through such means is regarded as unreasonable and unconstitutional. The association was to have an adverse effect on the plaintiff's identity and associate her as a person involved with police activity. This is for the court to identify the concern that lies at the heat of the First Amendment. The defendants have played a critical role in creating a false culture of the plaintiff as to gain an advantage over her. The defendants cultivating and transmitting these shared ideals and beliefs with codefendants there by foster conspiracy. To deny any person of the full and equal enjoyment of life and liberty, goes against the constitution and is a clear violation of the First Amendment the freedom of Association, that a person has the right to choose their associations and personal relationships (especially family, church, social club, memberships in their communities and in there townships, cities and nation. The defendants violated that right to freedom of association, and there can be no clearer example of an intrusion into the plaintiff's life than that of which the defendants have conspired to accomplish by using association tactics as a weapon against the plaintiff for their own deceptive advantages.

Moreover this makes it clear that the ongoing obsessive intrusion that the defendants have imposed on the plaintiff constitutes a violation of her first Amendment right. The internal structure of the Police departments is corrupt and it lacks, morals, ethics and values, to the degree that the defendants have

defied the law and stepped over the constitution without regard to its processes, protocol, and due processes of law. The Plaintiff has every right to be free from the cultural intimidations of the police in her associations, society and community.

Furthermore the Plaintiffs life has suffered a great deal of humiliation, embarrassment and shame brought on by the defendant's efforts to associate themselves in her environment, all over the city, community, and neighborhood. To also include business establishments in Chicago and surrounding suburbs, Dupage, county and any place the plaintiff has traveled to and not limited to the city of Salt lake city Utah where the plaintiff attended a conference at which time the defendants was able to locate her whereabouts through the GPS location information on the Plaintiffs cell phone another tracking source used to intercept and locate. The Plaintiff called her children to see how they were doing the defendants notified the police department of Salt lake city Utah, and knew exactly where the Plaintiff was staying so that they could track her whereabouts and a uncover officer intercept a cab ride to and from the conference center. The officer was allowed to search the plaintiff's room and influence the hotel clerk to falsify payment information on a hotel bill, back in April of 2015.

The defendants have intruded and invaded the plaintiff's place of worship as another form of their deceptive association tactics, by inserting themselves in that environment and making a mockery of God the holy one of Israel by false worshiping, false associations in the church, and false membership, just to gain access and acceptance from the other members of the church community and interfere with the plaintiffs organizational rights.

The Plaintiff a devout Christian has been associated with the church congregation and is well aware that the defendants are not members of the church where she attends. The primary purpose of the

defendants being in the church is solely to work the association. Civil liberties are personal guarantees and freedoms that the government cannot abridge either by law or judicial interpretation, freedom of assembly, freedom of association, the right to privacy, the right to equal treatment under the law and due processes of the law and the right to life are all a part of our constitution and when those rights are violated, it can have damaging effects, on a person's wellbeing.

## OFFICIAL MISCONDUCT

The defendant's public officers or employees or government agent's commits misconduct when in his official capacity commits any of the following acts: 720 ILCS 5/33-3.

- Intentionally fails to perform any mandatory duty as required by law
- Knowingly performs and act which he knows he is forbidden by law to perform
- With intent to obtain a personal advantage for himself or other(s), he performs an act in excess of his lawful authority.

## GEOLOCATION PRIVACY AND SURVEILLANCE ACT HR. 2168 AND S212

It is a federal crime to intentionally intercept or to disclose or use locational information. The bill sets penalties for violations of tis provisions. It also allows a person whose location information is intercepted, disclosed or intentionally used in violation of the bill to recover actual or statutory damages from the person who committed the violation.

## UNLAWFUL AND ABUSIVE SURVEILLANCE BY MILITARY OFFICERS

In September of 2015, the defendants (Melrose Park police) employed the military (army officer(s)) who was sent to surveillance the Plaintiff's home (residence), by military air craft. This happened after the Plaintiff filed the complaint of the helicopter in the parking lot of Meijer grocery store. The Military officers have been surveillanceing the plaintiff's home from sundown to sun up, the army officers were given instructions by the defendants to keep watch over and track the plaintiffs coming and going whereabouts and activities, by means of the shared GPS tracking device. This was being accomplished by air craft, this method of unlawful and abusive surveillance was to gain an advantage over the plaintiff. The intrusion is unreasonable and unconstitutional. Furthermore it is offensive, excessive, intimidating and hostile. The long range of intrusion is another association tactic used by the defendants for their own advantages that step way over the law without regard to protocol, procedures, and due processes. The surveillance and harassment are deliberate and the defendants deployed the army officers to surveillance the plaintiff's residence using satellites and high tech equipment to intrude upon the plaintiff's privacy in her own residence. The plaintiff first observance of the air craft was in the evening when she noticed a bright light in the sky in the front of her home that was flying lower than the air planes, and this not a star in the sky, it was a helicopter and it had been sent to surveillance the plaintiffs home. The Plaintiff purchased a telescope as to analyze exactly what this light was, and it was confirmed that it was indeed a helicopter, but to the plaintiff's surprise there was more than one, they were positioned east, south, north in the back of the residence and west(north), and west(south) in the front of the residence. The defendants had army officers use air craft helicopters to watch and surveillance the plaintiff's home as soon as the sun went down, and before the sun rose they would leave and the defendants would then assume the position on the streets during the day, as the plaintiff went out

and about. The army officers using military helicopters were instructed by the defendants to tack, observe, and follow, the plaintiff, from the air. The Plaintiff has also seen the army helicopter(s) as she drove down the street, on one particular day, she looked up and saw the air craft following along with her in the vehicle, she slowed down they slowed down. The helicopters have also been seen during the day on many occasions flying over and around the plaintiffs residence on a regular basis in so much that on one particular day the plaintiff can hear the air craft and she went outside with her camcorder and started filming the aircraft in the sky just above the neighbor's home across the street, as soon as they saw the plaintiff they fled the scene.

The plaintiff has documented and keep records of the defendant's activities to include license plate numbers, car numbers, and media footage of the defendant's intrusive association tactics. The defendants has become aware of this and in an effort to conceal the license plate numbers on the police cars, the defendants have used a metal bar, that is placed on the front of their vehicle to cover up the license plate number either in the front of the vehicle or on the back of the vehicle. The Plaintiff has openly recorded the defendants on the streets as the defendants have placed themselves in the pathway of the Plaintiff as a another means of association, along with the other tactics mention in this brief, the media footage revels the defendants in the open public spaces of the marketplace at the same time and place as the plaintiff and demonstrates a pattern of the defendants that clearly show the abusive, intrusive and intimidating use of their authority.

## **UNLAWFUL INVASION OF PRIVACY**

The Fourth Amendment establishes specific protection rights to prevent abuses of enormous power of government. The United States Constitution and the Bill of Rights are a testament to the seriousness which they approached the difficult task of constructing a society in which every citizen could live free of governmental restraint.

Surveillance Abuse utilized as a tool by the U.S. Army to invade a person's privacy suggests that American citizens are highly vulnerable to attacks on rights to personal privacy. The first, third, fourth, fifth, sixth, ninth, fourteenth, and eighteen amendments to some extent prohibit indiscriminate and illegal invasions to privacy however the fourth amendment particularly states:

*The right of the people to be secure in their persons, houses, and effects, against unreasonable searches and seizures shall not be violated and no warrants shall issue, but upon probable cause supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized.*

This amendment, more than any other forms the basis for privacy rights under the United States Constitution.

## CONCLUSION
## REMEDIES

The Plaintiff seeks and prays for the court to order the defendants to cease the abusive, intrusive and excessive tracking, surveillance, association tactics and harassment, and everything associated with it, including the use of civilians to harass and stalk the plaintiff and the use of military officers in helicopters to surveillance the Plaintiff's residence. The Plaintiff prays that the court orders the defendants to immediately put to an end the conspiracy and sanction the defendants for their abuse, misconduct and improper behavior against the plaintiff. The defendants has engaged in conduct that is contrary to the law and the United States Constitution and shall be held accountable for such violations.

Equitable remedies for Intentional infliction of emotional distress and invasion of association guaranteed by the first amendment is the heart of the first amendment it is the recognition of the fundamental importance that a person is free to choose their associations. The defendants violated that right. The specific intent to inflict emotional harm enjoys not protection. The Plaintiff was subjected to endure such harm on an ongoing continual basis. The intentional infliction of emotional distress allows damages to be awarded by the defendants because the association has had an adverse effect on the plaintiff, There is no dispute as to the misconduct, unlawful, surveillance, intrusion, and malice directed toward the plaintiff by the defendants, it was intentional and it is subjected to the actual standards of the First Amendment rights.

The defendants are liable to the injured Plaintiff for the deprivation of any rights, privileges, or immunities secured by the constitution and laws at suite in equity or other proper proceeding for redress.

Respectfully Submitted,

Kathy Travis
135 South 10th Avenue
Maywood, IL 60153
executejustice1983@gmail.com